FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 10-1119-SJO |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Michael Jerome Dotson | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./Calif. for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on failed to appear to serve sentence, unknown background

1  _and bail resources, prior parole violations, new arrest_
2  _while on supervised release, prior revocation of_
3  _supervised release_

4     (and)/or

5  B.  (✓) The defendant has not met (his)/her burden of establishing by
6      clear and convincing evidence that (he)/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: _prior supervised release and parole violations,_
10 _lengthy criminal history_

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: _Oct. 2, 2018_                    _/s/ Jean Rosenbluth_
                                            JEAN ROSENBLUTH
18                                          U.S. MAGISTRATE JUDGE